# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEPHANIE M. EBBINGS  
903 - 15TH STREET  
ROCKFORD, IL  61104

SSN-xxx-xx-2385

Case Number: 08-70516

Case filed on: 2/26/2008  
Plan Confirmed on: 5/2/2008

D Dismissed

Total funds received and disbursed pursuant to the plan:  $400.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 366.96 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 366.96 | 0.00 |
| 999 | STEPHANIE M. EBBINGS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BAKER MILLER MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHECK IT | 58.55 | 58.55 | 0.00 | 0.00 |
| 006 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMCAST F/K/A INSIGHT COMMUNICATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 371.79 | 371.79 | 0.00 | 0.00 |
| 009 | COUNTRY CASUALTY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS STATE TOLLWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INFINITY HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 10,893.08 | 10,893.08 | 0.00 | 0.00 |
| 015 | NICOR GAS | 1,143.94 | 1,143.94 | 0.00 | 0.00 |
| 016 | ROCK RIVER WATER RECLAMATION DIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 608.00 | 608.00 | 0.00 | 0.00 |
| 020 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SKO BRENNER AMERICAN, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | STEVE A. CERONI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,075.36 | 13,075.36 | 0.00 | 0.00 |
|  | Grand Total: | 16,075.36 | 16,075.36 | 366.96 | 0.00 |

Total Paid Claimant:  $366.96  
Trustee Allowance:  $33.04  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/30/2008          By  /s/Heather M. Fagan